STATE, Plaintiff, vs. BELFOR, Defendant.

*April 12—June 3, 1924.*

*Criminal law: Rape: Cross-examination of complaining witness:*
*Questions certified for review.*

Questions certified to this court after a verdict of guilty of statu-
tory rape, as to whether the trial court correctly sustained
objections to interrogating the complaining witness concern-
ing sexual relations during a designated period with men
other than the defendant, are not reached or determined, as
upon the record presented no error is found.   p. 170.

QUESTIONS CERTIFIED by the municipal court of Mil-
waukee county: A. C. BACKUS, Judge. *Rulings affirmed.*

For the plaintiff there were briefs by the *Attorney Gen-
eral* and *George A. Shaughnessy,* district attorney of Mil-
waukee county, and oral argument by *Roland J. Steinle,*
assistant district attorney.

For the defendant the cause was submitted on the brief of
*Julius O. Roehl* of Milwaukee.

ESCHWEILER, J.   The defendant was tried for the crime
of statutory rape.   The complaining witness,. under four-
teen years of age, testified to sexual intercourse with the
defendant three several times and that the defendant was
the first man with whom she had such intercourse.

On cross-examination and as then stated, for the sole pur-
pose of testing her credibility as a witness, she was asked as
to whether or not during the period between the second and
third times of such alleged intercourse she had sexual re-
lations with other. men.   The trial court sustained the
objections of the district attorney to such questions.   After
the verdict of guilty by the jury and at defendant's request
the trial court certified two questions covering such rulings
to this court to have it determined if such were correct. .

Without reaching or determining the question of whether
such proposed line of cross-examination of a complaining.

witness in an action for statutory rape is ever permissible, we dispose of the present case by holding that upon the record as here presented we find no error. For that reason the rulings by the trial court are affirmed.

*By the Court.*—Upon the questions certified the rulings are affirmed and the record remanded for further proceedings.